IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROBERT TRIBBLE,**

    **Plaintiff,**

v.                                                            Case No. 1:23-cv-32-AW-MAF

**SECURUS d/b/a**
**JPAY d/b/a Unity Table Group,**
**et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff is a pro se prisoner who paid the filing fee. The magistrate judge screened the complaint under 28 U.S.C. § 1915A and recommends dismissing the case as malicious because Plaintiff did not fully disclose his litigation history. ECF No. 14. I have considered the report and recommendation, and I have considered de novo the issues raised in Plaintiff's objections, ECF No. 15.

I agree with the magistrate judge. Section § 1915A required screening even though Plaintiff paid the filing fee. *See Thompson v. Hicks*, 213 F. App'x 939, 942 (11th Cir. 2007). Plaintiff's omitting his litigation history, *see* ECF No. 14 at 8-9, warrants dismissal under § 1915A(b)(1). *Kendrick v. Inch*, 2021 WL 2623215, at *1 (N.D. Fla. June 25, 2021), *aff'd sub nom*, *Kendrick v. Sec'y, Fla. Dep't of Corr.*, 2022 WL 2388425 (11th Cir. July 1, 2022).

The report and recommendation (ECF No. 14) is adopted and incorporated into this order. The objections (ECF No. 15) are OVERRULED. The clerk will enter a judgment that says, "This case is dismissed without prejudice under 28 U.S.C. § 1915A(b)(1)." The clerk will then close the file.

SO ORDERED on July 3, 2023.

s/ *Allen Winsor*
United States District Judge
